DANIELS, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 9 2007

393-07/MEU/LJK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LPG ONE LTD.,

                                  Plaintiff,

      - against –

WHITE GAS LTD. and SAFINAT AN
NAJAAT SHIPMANAGEMENT COMPANY LTD.,

                                Defendants.
---------------------------------------------------------------x

07-Civ-7812 (GBD)

ORDER DIRECTING RELEASE
OF FUNDS AND
DISCONTINUANCE OF ACTION

       This maritime attachment action under Supplemental Admiralty Rule B having been filed against Defendants on September 4, 2007; and Defendants not having answered or appeared herein; and the Court having been advised that the parties have settled this matter;

       IT IS HEREBY ORDERED that in accordance with the agreement of the parties garnishee Bank of New York is directed to remit the sum of $200,000 to Plaintiff, garnishee PNB Parabas is to remit the sum of $110,000 to Plaintiff, and garnishee Deutsch Bank is to remit the sum of $120,000 to Plaintiff pursuant to the wire transfer instructions set forth below:

FORTIS BANK NV/SA, ATHENS BRANCH
SWIFT Address: GEBAGRAA
Account Number: 291-1176465-49-USD-0
Through: FORTIS BANK NV/SA, Brussels
SWIFT Address: GEBABEBB36A
FB Brussels US$ Corresp: CHASEUS33
FOR FURTHER CREDIT TO:
ACCOUNT NR: 1000120205
IN FAVOUR OF: MATRIX GAS TRADING LTD ET AL.

NYDOCS1/291823.1

AND IT IS FURTHER ORDERED that all remaining funds held by any garnishee upon whom a copy of the Process and Maritime Attachment and Garnishment in this action has been served be released to Defendant Safinat pursuant to the wire transfer instructions listed below:

Beneficiary: Safinat An-Najaat Shipmanagement Co. Ltd
　　　　　　Villa "Caprice", Swallows Street,
　　　　　　Kappara, SGN 06, Malta, Reg. No. C 29518
IBAN No:　 CH22 0868 6001 0827 8600 1
With:　　　BNP PARIBAS (SUISSE) SA GENEVA
Swift:　　　BPPBCHGG
Coor.Bank: BNP PARIBAS NEW YORK
Acct No:　 18724000180
Swift:　　　BNPAUS3N

AND IT IS HEREBY FURTHER ORDERED that this action is dismissed with prejudice and without cost to either party.

Dated: New York, New York
　　　　October 17, 2007

OCT 1 9 2007

_____
Hon. George B. Daniels
U.S.D.J.

**HON. GEORGE B. DANIELS**